IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:14CR226** |
| vs. | ) | |
| | ) | **ORDER** |
| **JUNE WESTBY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's motion to continue trial [23] as a necessary witness is to be sentenced on September 8, 2014 and another witness is in Colorado. So the government can arrange transportation of the witnesses without undue expense and to allow the marshal time to produce the out-of-state witness, the trial will be continued.

**IT IS ORDERED** that:

1. The Motion to Continue Trial [23] is granted.

2. The jury trial now set for August 26, 2014 is continued to **October 14, 2014.**

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 26, 2014 and October 14, 2014** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**DATED August 12, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**